**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Abderrahim Hmina and Nabila Mrabet<br>           Debtor, | Chapter: 7<br>Case No: 11–13007<br>Judge Frank J. Bailey |

## ORDER TO UPDATE

**TO THE DEBTOR AND DEBTOR'S COUNSEL, IF ANY: You are hereby ORDERED to electronically file with this Court the document( s ) checked below. (NOTE: ONLY ATTORNEYS ARE REQUIRED TO FILE ALL DOCUMENTS ELECTRONICALLY PURSUANT TO MEFR 7.)**

- ☑ Matrix Sheet: (If filed electronically Matrix needs to be uploaded under Creditor Maintenance and in .txt format.)
  Due on: **4/8/11**

- ☐ UpLoad Creditor Matrix: (Matrix filed in improper format: Matrix needs to be uploaded under Creditor Maintenance and in .txt format.)
  Due on: **4/8/11**

- ☐ Statement of Social Security/Tax ID Numbers. Official Form 21.
  Due on:

- ☐ Declaration Regarding Electronic Filing. Local Form 7.
  Due on:

- ☐ Corporate Vote ( Corporate Debtor Only ).
  Due on:

- ☐ Disclosure of Compensation of Bankruptcy Petition Preparer. Official Form 280 (Pro se Debtors Only).
  Due on:

- ☐ Declaration and Signature of Non–Attorney Petition Preparer (11 USC §110). Official Form 19A.
  Due on:

- ☐ Notice to Debtor by Bankruptcy Petition Preparer. Offical Form 19B.
  Due on:

- ☐ Application for Waiver of Filing Fee. Official Form B3B (In forma pauperis) (Ch.7 only) or Application to Pay in Installments, plus $40 Filing Fee (NOTE: No debtor checks accepted. Money Order or Bank Checks only or the full filing fee of $299.00. )
  Due on:

- ☐ Certification of Intent to Cure – Back Rent
  Due on:

- ☑ Chapter 7 Individual Debtor's Statement of Intention. Official Form 8.
  YOU MUST FILE THIS STATEMENT BEFORE THE § 341 MEETING OR WITHIN 30 DAYS OF FILING YOUR BANKRUPTCY PETITION, WHICHEVER IS EARLIER.
  Due on: **5/5/11**

- ☐ Certification of Credit Counseling and, if provided one during counseling, a copy of the Debtor Repayment Plan (if the plan was developed prior to filing); or a Certified Request for an Extension of Time [see Local Official Form 9(Enclosed)]
  Due on: *
  *NOTE: There may be other conditions or limitations set forth in section 109(h) of the bankruptcy code or orders of the court.

- ☐ Other:

**ANY of the Documents checked below must be filed by 4/19/11 at 4:30 p.m.**

- ☐ – Debtor(s) Telephone Number. (Pro se Debtors Only).
- ☐ – The petition must be signed by Attorney/Debtor.
- ☑ – Schedule( s ) A–J
- ☐ – Exhibit "B" Official Form 1( Individual Chapter 7 Debtor ).
- ☐ – Exhibit "D" Official Form 1 (Individual Debtor's Statement of Compliance With Credit Counseling Requirement).
- ☑ – Statement of Financial Affairs Official Form B7.
- ☑ – Summary of Schedules.
- ☑ – Statistical Summary of Certain Liabilities.
- ☑ – Statement of Attorney Compensation Official Form 203.
- ☐ – Notice to Individual Consumer Debtor(s) (Form B201A).
- ☐ – Certification of Notice to Individual Consumer Debtor(s) (Form B201B).
- ☑ – Means Test Official Form B 22A (Chapter 7). If Primarily Business Debts, Section 1B of Part 1 and Part V111 Verification Must Be Completed.
- ☑ – Verified statement or an unsworn declaration as required by FRBP 1008 and in accordance with 28 USC §1746.
- ☐ – New Schedule listing post–petition creditors ( in converted cases only ). Please check one, then sign and date and return to the Court at the address below.
    - ☐ – List and Verified Declaration attached. If filed electronically, Official Form 7 required also.
    - ☐ – No post–petition creditors _____ .
         Signature / Date

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW. FAILURE TO FILE THE REQUESTED DOCUMENTS MAY RESULT IN THE DISMISSAL OF YOUR BANKRUPTCY CASE, IF NOT FILED AS NOTED ABOVE. ALSO, PLEASE NOTE THAT IF NOT EARLIER DISMISSED, THE CASE MUST BE AUTOMATICALLY DISMISSED UNDER 11 U.S.C. §521(i) IF CERTAIN DOCUMENTS ARE NOT FILED WITHIN 45 DAYS OF THE DATE OF THE FILING OF THE PETITION. SHOULD YOU REFILE BANKRUPTCY WITHIN 12 MONTHS OF THE DISMISSAL, THE AUTOMATIC STAY MAY BE LIMITED OR TERMINATED DEPENDING UPON YOUR CIRCUMSTANCES. IF YOU HAVE QUESTIONS, YOU MAY WISH TO CONSULT AN ATTORNEY TO PROTECT YOUR RIGHTS.**

**Forms may be downloaded from the U.S. Bankruptcy Court website at www.mab.uscourts.gov.**

- ⦿ United States Bankruptcy Court
  John. W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945
- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076
- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date:4/5/11

By the Court,

Catherine Wailgum
Deputy Clerk
617–748–5356